# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>　　　　　v.<br><br>20) FERNANDO SANCHEZ,<br>　　　Defendant. | No. CR 17-203 DSF<br><br>ORDER RE BRIEFING ON MOTION FOR REDUCTION OF SENTENCE (Dkt. 652) |

　　The government is ordered to file an opposition to Defendant's motion no later than January 22, 2021. Defendant may file a reply no later than February 18, 2021.

　　IT IS SO ORDERED.

Date: December 28, 2020

　　　　　　　　　　　　　　　　　　　　　/s/ Dale S. Fischer
　　　　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　　　　United States District Judge